ROBERT ABBOTT, SAMUEL ABBOTT, WILLIAM HANDS AND MARY, HIS WIFE, FRANCIS BABY AND FRANCES, HIS WIFE, JAMES BABY, JR., CHARLES BABY, RAIMOND BABY, WILLIAM BABY, ELIZA BABY AND EDWARD BABY, BY JAMES BABY THE ELDER, THEIR FATHER AND NEXT FRIEND, HEIRS OF JAMES ABBOTT, SR., DECEASED, *versus* JAMES ABBOTT, JR.

JOURNAL ENTRIES (1822–36): *Journal 3:* (1) Time for filing answer extended, continued *p. 297. *Journal 4:* (2) Motion for hearing MS p. 20; (3) motion to dismiss bill MS p. 65; (4) demurrer and plea set for argument MS p. 72; (5) solicitor's name stricken MS p. 104; (6) leave given to file cost bond and bill of revivor, etc. MS p. 106; (7) continued MS p. 121; (8) motion for argument MS p. 181; (9) continued MS p. 215; (10) argument on plea and demurrer opened MS p. 280; (11) argument continued MS p. 281; (12) argument closed, case submitted MS p. 282; (13) plea overruled, leave given to amend bill MS p. 315; (14) motion to expunge demurrer MS p. 330; (15) motion to expunge demurrer and plea MS p. 333; (16) motion to expunge argued and submitted MS p. 365; (17) motion to expunge overruled, leave given to plead further MS p. 380; (18) motion for reference to master MS p. 440; (19) referred MS p. 472; (20) referred MS p. 485; (21) rule of reference enlarged MS p. 517. *Journal 5:* (22) Motion for reference overruled, rule of reference enlarged, rule to produce books and papers, MS p. 9; (23) continued under rule of reference MS p. 30; (24) continued under rule of reference MS p. 48; (25) motion for reference MS p. 72; (26) dismissed as to Robert Abbott MS p. 111.

PAPERS IN FILE: (1) Amended bill of complaint; (2) answer; (3) exhibits referred to in answer; (4) motion for reference; (5) discontinuance by Robert Abbott.

*Chancery Case* 28 of 1822.